IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. 21-20239-CMB |
| | ) | |
| | ) | |
| Diana L. Andrews, | ) | |
| | ) | |
| Debtor. | ) | |

**NOTICE OF ENTRY OF APPEARANCE ON BEHALF**
**OF FIRST NATIONAL BANK OF PENNSYLVANIA AND REQUEST FOR NOTICES**

PLEASE TAKE NOTICE that First National Bank of Pennsylvania is a party in interest and hereby appears in this case. Pursuant to Rules 2002 and 3017 of the Federal Bankruptcy Rules, the undersigned requests that he be added to the mailing matrix and all notices and papers specified by those Rules, and pursuant to Section 1109(b) of the Bankruptcy Code and Rule 9010 of the Bankruptcy Rules that all other notices given or required to be given in this case be given and served upon:

David W. Raphael, Esquire
First National Bank of Pennsylvania
100 Federal Street, 4th Floor
Pittsburgh, PA 15212
raphaeld@fnb-corp.com

The foregoing request includes without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answer or reply papers, memoranda or briefs in supports of any of the foregoing and any other document brought before the Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.

Respectfully submitted,

Dated: 12/7/21          By:     */s/ David W. Raphael*
David W. Raphael, Esquire
Pa. I.D. No. 200598
raphaeld@fnb-corp.com

First National Bank of Pennsylvania
100 Federal Street, 4th Floor
Pittsburgh, PA 15212
(412) 465-9718

Attorney for First National Bank of Pennsylvania