IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | Bankruptcy No. 21-20239-CMB |
| DIANA L. ANDREWS a/k/a | : | Chapter 13 |
| MISSY ANDREWS, | : | |
|     Debtor. | : | Related to Document No. 38 |
| | : | |
| ALLY BANK, | : | |
|     Movant | : | Hearing Date & Time: |
| v. | : | Tuesday, January 25, 2022, 10:00 A.M. |
| | : | |
| DIANA L. ANDREWS a/k/a | : | |
| MISSY ANDREWS, and | : | |
| MATTHEW ANDREWS, Codebtor | : | |
|     Respondent | : | |
|   and | | |
| | | |
| RONDA J. WINNECOUR, Trustee | | |

.

## CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR RELIEF FROM AUTOMATIC STAY AND FROM CO-DEBTOR STAY [DOC. NO. 38]

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on 12/03/2021 at Doc. No. 38 in the above-captioned case has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than 12/20/2021.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated:  1/13/2022

By: /s/ Maribeth Thomas
    Maribeth Thomas
    Tucker Arensberg, P.C
    Local Counsel for Ally Bank
    1500 One PPG Place
    Pittsburgh, PA 15222
    (412) 594-3949
    Attorney I.D. No.: State Bar #208376
    mthomas@tuckerlaw.com

**PAWB Local Form 25 (07/13)**