# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 21-20239-CMB |
| DIANA L. ANDREWS<br>AKA: MISSY ANDREWS,<br>    Debtor | Related to Document No. 38<br><br>Chapter 13 |
| ALLY BANK,<br>    Movant<br><br>vs.<br><br>DIANA L. ANDREWS,<br>and MATTHEW ANDREWS Codebtor,<br>    Respondent<br>and<br>RONDA J. WINNECOUR,<br>    Trustee | **HEARING DATE:**<br>Tuesday, January 25, 2022<br>10:00 A.M.<br><br>**ENTERED BY DEFAULT** |

## ORDER

AND NOW, this 18th day of January, 2022, based upon the Motion submitted and attached hereto, it is hereby Ordered, Adjudged and Decreed that the Motion is granted. Relief from the Codebtor stay is granted.

Movant shall be and is hereby permitted to proceed and continue with an action in vehicle possession (2014 DODGE Charger Sedan 4D R/T AWD V8, V.I.N. 2C3CDXDT7EH335035) and is hereby permitted to levy and sell the vehicle at issue and to pursue its remedies under state law in connection with the loan documents.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

/s/ Carlota M. Böhm  dmk
Hon. Carlota M. Bohm
United States Bankruptcy Judge

FILED
1/18/22 1:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Please send copies to:

Diana L. Andrews
21 East Katherine Avenue
Washington, PA 15301

Matthew Andrews
315 Western Avenue
Houston, PA 15342

Christopher M. Frye
Steidl & Steinberg
Suite 2830 Gulf Tower, 707 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center.,
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Ronda J. Winnecour
Suite 3250, USX Tower, 600 Grant Street
Pittsburgh, PA 15219

Maribeth Thomas
1500 One PPG Place
Pittsburgh, PA 15222