UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 21-20239-CMB |
| | ) | |
| DIANA L. ANDREWS | ) | Related to Document No. 38 |
| AKA: MISSY ANDREWS, | ) | |
|                       Debtor | ) | Chapter 13 |
| | ) | |
| ALLY BANK, | ) | |
|                       Movant | ) | **HEARING DATE:** |
| | ) | Tuesday, January 25, 2022 |
| vs. | ) | 10:00 A.M. |
| | ) | |
| DIANA L. ANDREWS, | ) | **ENTERED BY DEFAULT** |
| and MATTHEW ANDREWS Codebtor, | ) | |
|                       Respondent | ) | |
| and | ) | |
| | ) | |
| RONDA J. WINNECOUR, | ) | |
|                       Trustee | ) | |

## ORDER

AND NOW, this 18th day of January, 2022, based upon the Motion submitted and attached hereto, it is hereby Ordered, Adjudged and Decreed that the Motion is granted. Relief from the Codebtor stay is granted.

Movant shall be and is hereby permitted to proceed and continue with an action in vehicle possession (2014 DODGE Charger Sedan 4D R/T AWD V8, V.I.N. 2C3CDXDT7EH335035) and is hereby permitted to levy and sell the vehicle at issue and to pursue its remedies under state law in connection with the loan documents.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

FILED
1/18/22 1:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Hon. Carlota M. Bohm
United States Bankruptcy Judge

dmk

Please send copies to:

Diana L. Andrews
21 East Katherine Avenue
Washington, PA 15301

Matthew Andrews
315 Western Avenue
Houston, PA 15342

Christopher M. Frye
Steidl & Steinberg
Suite 2830 Gulf Tower, 707 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center.,
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Ronda J. Winnecour
Suite 3250, USX Tower, 600 Grant Street
Pittsburgh, PA 15219

Maribeth Thomas
1500 One PPG Place
Pittsburgh, PA 15222

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Diana L. Andrews  
    Debtor

Case No. 21-20239-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: Jan 18, 2022      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Diana L. Andrews, 21 East Katherine Avenue, Washington, PA 15301-3964 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2022      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher M. Frye | on behalf of Debtor Diana L. Andrews chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| David W. Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Maria Miksich | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mmiksich@kmllawgroup.com |
| Maribeth Thomas | on behalf of Creditor Ally Bank mthomas@tuckerlaw.com maribeth.thomas@gmail.com,jrusnack@tuckerlaw.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Jan 18, 2022 Form ID: pdf900 Total Noticed: 1

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7